UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID GRANT SR.,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.
                                            /

Case Number: CV07-02696 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Grant Grant
P.O. Box 32
Victorville, CA 92393

Dated: August 8, 2007

                                         Richard W. Wieking, Clerk
                                         By: Barbara Espinoza, Deputy Clerk