UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID GRANT, SR., | No. C 07-2696 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, etc.; et al., | |
| Defendants. | |

This action is dismissed with prejudice because the petition is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 6, 2007

_____
Marilyn Hall Patel
United States District Judge